J-S58031-16

**NON-PRECEDENTIAL DECISION - SEE SUPERIOR COURT I.O.P. 65.37**

| | | |
|---|---|---|
| IN THE INTEREST OF: M.B., A MINOR | : | IN THE SUPERIOR COURT OF |
| | : | PENNSYLVANIA |
| | : | |
| | : | |
| APPEAL OF: J.B., MOTHER | : | No. 132 MDA 2016 |

Appeal from the Order Entered December 18, 2015
In the Court of Common Pleas of York County
Juvenile Division at No(s): CP-67-DP-0000178-2015

BEFORE:  GANTMAN, P.J., BOWES, J., and PLATT, J.*

JUDGMENT ORDER BY GANTMAN, P.J.:          **FILED AUGUST 12, 2016**

Appellant, J.B. ("Mother"), appeals from the order entered in the York County Court of Common Pleas, which granted the petition of the York County Offices of Children, Youth & Families ("CYF") for involuntary termination of Mother's parental rights to her minor child, M.B. (born January 2009) ("Child").  In her companion appeal docketed at No. 180 MDA 2016, Mother challenged the same order and raised the same issues on appeal.  Upon a thorough review of the record, the arguments presented in the companion appeal, and the applicable law, we concluded that Mother's companion appeal was timely filed and the court properly terminated Mother's parental rights to Child.  Accordingly, we affirmed.  Due to that disposition, we decline to address Mother's issues for a second time. Therefore, we dismiss this appeal as duplicative.

_____

*Retired Senior Judge assigned to the Superior Court.

Appeal dismissed.

Judgment Entered.

Joseph D. Seletyn, Esq.
Prothonotary

Date: 8/12/2016